| | |
|---|---|
| Amy K. Anderson<br>Texas Bar. No. 24077064<br>JONES WALKER LLP<br>5960 Berkshire Ln, Floor 6<br>Dallas, Texas 75225<br>Tel:    (214) 459-9682<br>Fax:   (713) 437-1810<br>Email: aanderson@joneswalker.com | James D. Weinberger (PHV *forthcoming*)<br>Parker C. Eudy (PHV *forthcoming*)<br>FROSS ZELNICK LEHRMAN & ZISSU, P.C.<br>151 West 42nd Street, 17th Floor<br>New York, NY 10036<br>Tel:    (212) 813-5900<br>Fax:   (212)813-5901<br>Email: jweinberger@fzlz.com<br>            peudy@fzlz.com |

Mark Mintz
Texas Bar No. 24124555
811 Main Street, Suite 2900
Houston, Texas 77002
Tel:    (713) 437-1800
Fax:   (713) 437-1810
Email: mmintz@joneswalker.com

*Attorneys for McIlhenny Company*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>STOLI GROUP (USA), LLC | Chapter 11<br><br>Case No. 24-80146-swe11 |
| MCILHENNY COMPANY,<br><br>        *Plaintiff*,<br><br>v.<br><br>LOUISIANA SPIRITS, LLC AND STOLI GROUP (USA), LLC,<br><br>        *Defendants.* | Adversary Proc. No. 26-8001-swe |

**<u>PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION</u>**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and 15 U.S.C. § 1116(a), Plaintiff McIlhenny Company ("Plaintiff"), by and through its undersigned counsel, respectfully

1

moves for an Order preliminarily enjoining Defendants Louisiana Spirits, LLC and Stoli Group (USA), LLC (collectively, "Defendants"), their officers, directors, agents, representatives, successors or assigns, and all persons acting in concert or in participation with them, from: (1) offering, selling, advertising, or displaying within the United States any product that incorporates Plaintiff's federally-registered, distinctive, and famous TABASCO® trade dress, or any derivation or colorable imitation thereof, or any trade dress that is identical and/or confusingly similar thereto or dilutive thereof during the pendency of this lawsuit; or (2) falsely designating the origin, sponsorship, or affiliation of its business, goods, or services during the pendency of this lawsuit.

In support of its motion, Plaintiff relies upon the following documents and supporting exhibits, filed contemporaneously herewith: (1) Memorandum in Support of Plaintiff's Motion for a Preliminary Injunction; and (2) the Declaration of Kate Neuhaus, dated January 29, 2026, which is included in the accompanying Appendix.

Dated: January 29, 2026 **JONES WALKER LLP**

By: /s/ Amy K. Anderson
Amy K. Anderson
Texas Bar. No. 24077064
5960 Berkshire Ln, Floor 6
Dallas, Texas 75225
Tel: (214) 459-9682
Fax: (713) 437-1810
Email: aanderson@joneswalker.com

Mark Mintz
Texas Bar No. 24124555
811 Main Street, Suite 2900
Houston, Texas 77002
Tel: (713) 437-1800
Fax: (713) 437-1810
Email: mmintz@joneswalker.com

and

James D. Weinberger (PHV *forthcoming*)
Parker C. Eudy (PHV *forthcoming*)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
151 West 42nd Street, 17th Floor
New York, NY 10036
Tel: (212) 813-5900
Fax: (212)813-5901
Email: jweinberger@fzlz.com
peudy@fzlz.com

***Attorneys for McIlhenny Company***

## CERTIFICATE OF CONFERENCE

Pursuant to Local Civil Rule 7.1(b), Plaintiff certifies that counsel for the parties – James D. Weinberger, Mark Mintz, Amy Anderson, and Parker C. Eudy for Plaintiff McIlhenny Company; Fan Qui for Defendants Louisiana Spirits, LLC and Stoli Group (USA), LLC; and Stephen Jones for Defendant Stoli Group (USA), LLC – conferred telephonically on January 28, 2026, concerning the issues raised within Plaintiff's Motion for a Preliminary Injunction. Defendants do not consent to and advised that they would oppose the same.

                                                                                       /s/ Amy K. Anderson
                                                                                          Amy K. Anderson

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2026, true and correct copies of the Plaintiff's Motion for a Preliminary Injunction, the accompanying Memorandum in Support of Plaintiff's Motion for a Preliminary Injunction, the Declaration of Kate Neuhaus and exhibits attached thereto, and a Proposed Order are being filed and served upon all parties and counsel who have appeared via the Court's CM/ECF system and will be delivered by First Class Mail and email to Louisiana Spirits, LLC.

                                                                                       /s/ Amy K. Anderson
                                                                                          Amy K. Anderson